UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>D-1 Janine Rayford<br><br>    Defendant.<br>_____/ | Case: 5:25−cr−20566<br>Assigned To : Levy, Judith E.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 7/28/2025<br>Description: INFO USA V. RAYFORD (NA)<br><br>Violations:<br>18 U.S.C. § 371  18 U.S.C. § 1028(A) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 371
### (Conspiracy to Commit Federal Program Bribery)

D-1 JANINE RAYFORD

    1.    From at least in or around approximately April 2020, to at least in or around July 2021, in the Eastern District of Michigan, and elsewhere, the defendant,

**D-1 JANINE RAYFORD**

along with others known and unknown, did knowingly and unlawfully conspire, confederate, and agree to commit the following offense against the United States:

    a. for RAYFORD, being a public official, to corruptly solicit, demand, accept and agree to accept a thing of value from one or more persons, intending to be influenced and rewarded in connection with a transaction or series of transactions of the State of Michigan Unemployment Insurance Agency involving $5,000 or more, in violation of Title 18, United States Code, Section 666(a)(1)(B).

## Overt Acts

2. In furtherance of the conspiracy and to effect its objects and purposes, the following overt acts, among others, were committed in the Eastern District of Michigan, and elsewhere:

    a. From at least in or around approximately April 2020, to at least in or around July 2021, RAYFORD corruptly accepted at least $50,000 from other persons, intending to be influenced or rewarded in connection with a transaction, or series of transactions, of the State of Michigan Unemployment Insurance Agency

All in violation of Title 18 United States Code, Section 371.

## COUNT TWO
## 18 U.S.C. § 1028(A) - (Aggravated Identity Theft)

3. In approximately June 2020, in the Eastern District of Michigan, and elsewhere, the defendant,

**D-1 JANINE RAYFORD,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, L.H.., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud (18 U.S.C. § 1343), knowing that the means of identification belonged to another actual person.

## FORFEITURE ALLEGATIONS

4. The allegations of Counts One and Two of this Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

5. Upon being convicted of the offenses in violation of Title 18, United States Code, Sections 371 and 1028A, the defendant shall forfeit to the United States of America, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

6. The forfeiture in this case may include entry of a forfeiture money judgment against the defendant in an amount up to the value of the property subject to forfeiture for the violations of conviction.

7. If, by any act or omission of the defendant, the proceeds of the offenses cannot be located upon the exercise of due diligence, have been transferred, sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially diminished in value, or have been commingled with other property which cannot be divided without difficulty,

the United States of America shall seek to forfeit substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), up to the value of the forfeitable property described above.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit

*s/Andrew Yahkind*
ANDREW YAHKIND
Assistant United States Attorney

Dated:

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number  25-cr-20566 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 25-cr-20037 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Stephen J. Murphy, III |
| ☒ Yes    ☐ No | **AUSA's Initials:** AJY |

**Case Title:** USA v. Janine Rayford

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

_____Indictment/__✓__Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**            ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 28, 2025
Date

s/Andrew J. Yahkind
Andrew J. Yahkind
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226- 9565
Fax:
E-Mail address: andrew.yahkind@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.